```
              IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION

ALVIN RAY,                          )
                                    )
     Plaintiff,                     )
                                    )
v.                                  )   No. 10-2505 Ma P
                                    )
AMERICAN NATIONAL INSURANCE CO.     )
                                    )
     Defendant.                     )
```

ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' November 22, 2011 stipulation of dismissal with prejudice. (D.E. 13).  For good cause shown, this case is DISMISSED WITH PREJUDICE with no fees or costs of any type awarded to any party.

It is so ORDERED this <u>22nd</u> day of November, 2011.


                              <u>s/Samuel H. Mays, Jr.</u>
                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE